UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JOE HAND PROMOTIONS, INC.,

    Plaintiff,

v.                                           Case No: 2:13-cv-530-FtM-29DNF

EL REY DEL DOMINO, LLC,
ALEXANDER CASTILLO and
JORGE CASTILB,

    Defendants.

**ORDER**

This matter comes before the Court on review of plaintiff's Complaint (Doc. #1) filed on July 2, 2013. The Complaint incorporates by reference all of the allegations from each Count into each subsequent count. (Doc. #1, ¶¶ 15, 26, 32.)

"The typical shotgun complaint contains several counts, each one incorporating by reference the allegations of its predecessors, leading to a situation where most of the counts (i.e., all but the first) contain irrelevant factual allegations and legal conclusions." Strategic Income Fund, L.L.C. v. Spear, Leeds & Kellogg Corp., 305 F.3d 1293, 1295 (11th Cir. 2002). The Eleventh Circuit has consistently frowned upon shotgun pleadings such as the one presented herein, and shotgun pleadings "exact an intolerable toll on the trial court's docket." Cramer v. Florida, 117 F.3d 1258, 1263 (11th Cir.

1997). See also <u>Davis v. Coca-Cola Bottling Co. Consol.</u>, 516 F.3d 955, 979 n.54 (11th Cir. 2008)(collecting cases). Accordingly, the Eleventh Circuit has established that when faced with a shotgun pleading, a district court should require the parties to file an amended pleading rather than allow such a case to proceed to trial. <u>Byrne v. Nezhat</u>, 261 F.3d 1075, 1130 (11th Cir. 2001).

Accordingly, it is hereby

**ORDERED:**

Plaintiff's Complaint (Doc. #1) is dismissed without prejudice to filing an Amended Complaint within **FOURTEEN (14) DAYS** of this Order.

**DONE and ORDERED** at Fort Myers, Florida, this ___17th___ day of July, 2013.

_____
JOHN E. STEELE
United States District Judge

Copies:
Counsel of Record