UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION


JOE HAND PROMOTIONS, INC.,

        Plaintiff,

v.                                    Case No:  2:13-cv-530-FtM-29DNF

EL REY DEL DOMINO, LLC,
ALEXANDER CASTILLO and
JORGE CASTILB,

        Defendants.
_____

## ORDER

This matter comes before the Court on review of plaintiff's Complaint (Doc. #1) filed on July 2, 2013.  The Complaint incorporates by reference all of the allegations from each Count into each subsequent count.  (Doc. #1, ¶¶ 15, 26, 32.)

"The typical shotgun complaint contains several counts, each one incorporating by reference the allegations of its predecessors, leading to a situation where most of the counts (i.e., all but the first) contain irrelevant factual allegations and legal conclusions."  Strategic Income Fund, L.L.C. v. Spear, Leeds & Kellogg Corp., 305 F.3d 1293, 1295 (11th Cir. 2002). The Eleventh Circuit has consistently frowned upon shotgun pleadings such as the one presented herein, and shotgun pleadings "exact an intolerable toll on the trial court's docket." Cramer v. Florida, 117 F.3d 1258, 1263 (11th Cir.

1997).   See also  Davis v. Coca-Cola Bottling Co. Consol., 516
F.3d  955,  979  n.54  (11th  Cir.  2008)(collecting  cases).
Accordingly,  the  Eleventh  Circuit  has  established  that  when
faced  with  a  shotgun  pleading,  a  district  court  should  require
the  parties  to  file  an  amended  pleading  rather  than  allow  such  a
case  to  proceed  to  trial.   Byrne v. Nezhat, 261 F.3d 1075, 1130
(11th Cir. 2001).

Accordingly, it is hereby

**ORDERED:**

Plaintiff's  Complaint  (Doc.  #1)  is  dismissed  without
prejudice  to  filing  an  Amended  Complaint  within  **FOURTEEN (14)**
**DAYS** of this Order.

**DONE and ORDERED** at Fort Myers, Florida, this ___17th___ day
of July, 2013.

_____
JOHN E. STEELE
United States District Judge

Copies:
Counsel of Record